IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNA JOWANNA MIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 123-089 |
| | ) | |
| AMANDA BURNETT; TAMMY | ) | |
| GAY; JOANNA L. GREENWAY; and | ) | |
| JENKINS COUNTY DEPARTMENT | ) | |
| OF FAMILY AND CHILD SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** from this case Defendant Jenkins DFCS for failure to state a claim. The case shall proceed against Defendants Burnett, Gay, and Greenway as described in the Magistrate Judge's September 13, 2023 Order. (Doc. no. 6.)

SO ORDERED this __16th__ day of October, 2023, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA